|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00059-ART-CSD-1 |
| Plaintiff, | **ORDER APPROVING** STIPULATION TO EXTEND TIME TO FILE RESPONSE TO MOTION TO SEVER CO-DEFENDANT [ECF #49] |
| v. | |
| ALEC RUSCETTA, | |
| Defendant. | (First Request) |

IT IS HEREBY STIPULATED AND AGREED by and through Jason Frierson, United States Attorney for the District of Nevada, Megan Rachow and Andrew Keenan, Assistant United States Attorneys, counsel for the United States of America, and Allie Wilson, Assistant Federal Public Defender, counsel for Defendant Alec Ruscetta, to extend the time in which the Government's Response to the Defendant's Motion to Sever Co-Defendant [ECF #49] is due from February 17, 2023, to March 3, 2023. Defendant's Replies to the Government's Response would be then due on March 10, 2023, however, the Government would not object if the defendant needed additional time to respond. This

is the first request for an extension. Trial is currently set for April 25, 2023 however, counsel anticipate filing a stipulation to continue the current trial date. Government counsel is respectfully requesting an additional two weeks to file its response due to government's counsel's other obligations and work travel. In addition, the Government anticipates counsel for defendant Jarrod Silva also filing a motion to sever shortly. The additional two weeks would also allow for Government counsel to file one response to both motions to sever. As such, the parties are stipulating to a short extension of the Government's response date from February 17, 2023 until March 3, 2023. Additionally, the parties are stipulating that Defendant will have until March 10, 2023 to file his reply. The additional time requested for the filing the responses is requested mindful of the current trial date of April 25, 2023, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED: February 14, 2023.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ Megan Rachow<br>MEGAN RACHOW<br>ANDREW KEENAN<br>Assistant United States Attorneys | /s/ Allie Wilson<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for Defendant Ruscetta |

IT IS SO ORDERED.

DATED: This 16th day of February, 2023.

_____
HON. ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE